KSO 2301028

I, SPO. Watts and OFC Haddox conducted a traffic stop on a Mr. Austin Parker on C St and Sela Ward Parkway, due to Mr. Parker driving straight through a red light. Once myself and OFC. Haddox got out and approached the vehicle. I went to the driver's side and OFC. Haddox approached the passenger side. I advised Mr. Parker that the reason he was pulled over is because he ran a red light. He said there was no light back there and I advised him that there was indeed a light back there. Myself and OFC. Haddox were driving directly behind Mr. Haddox and saw that the light was red and he did not stop at the red light. I asked him for his driver's license and he handed me an identification card. I advise him he has to have a driver's license to operate the vehicle. He advised that he had just gotten out of jail and he knew he had old fines. He said he went by the police station Thursday to see the judge but the judge was not there. Mr. Parker's name was ran and myself and OFC. Haddox were advised that Mr. Parker had an opening through the city. I advised Mr. Parker that if the warrant was not in hand they he would be free to go. Mr. Parker kept saying he did not want to go back to jail he had just gotten a job on the boat. I asked Mr. Parker what had he been to jail for and he advised possession. He was told to cut the car off and I had Mr. Parker place both his hands on the steering wheel and keep them there and OFC. Haddox was watching him the entire time from the passenger side. OFC. Haddox noticed a plastic piece of paper that was empty and it was shown to her by Mr. Parker and he advised he smoked cigarettes. Dispatched advised that the warrant was in hand and I advised Mr. Parker to keep one hand on the steering wheel take the other hand, take the keys out of the ignition, and hand them to OFC. Haddox. He did as he was told and I advised him to undo his seatbelt with his free hand, open the door, and step out of the vehicle. Once he was out of the vehicle, he was told to lean against his vehicle with his hands touching his head so he could be searched by OFC. Haddox. He was then asked if he had anything on him that harm OFC. Haddox before she searched him and he said no. OFC. Haddox searched Mr. Parker and he had a cigarette lighter and change in his pockets. He was placed in handcuffs by myself and OFC. Haddox assisted. He asked if he could call his grandmother to get the vehicle because she could not afford for it to be towed. I explained to Mr. Parker since he was being cooperative OFC. Haddox would drive the vehicle to the station and park it at the front of the station for him with his permission. OFC. Haddox asked his permission and Parker gave her permission to drive the vehicle to the station and park it in the front and Mr. Parker said thank you so much. I asked Mr. Parker where his phone was and he said it was in the vehicle. I went to the vehicle and picked the phone up off the driver side floor board and showed it to Mr. Parker while OFC. Haddox kept a close watch on Mr. Parker. Mr. Parker was then placed in the back of my patrol car and OFC. Haddox got into the vehicle that Mr. Parker was driving and we headed to the station. I was driving directly behind OFC. Haddox. Mr. Parker wanted to know what was going to happen and I explained to him that his warrant was a contempt he either had to have the full payment in cash or he was going to Kemper county and he would see the judge Monday morning but I did not know if he had mandatory days until I saw the paperwork. Mr. Parker was fine and he said ok I just wanted to make sure I can leave out on the 31st I have a job. Once at the station I stopped at front to pick up OFC. Haddox and we drove to the back of the station. Once at the back of the station we got Mr. Parker out the back of the patrol car and he walked up the stairs with no problems at all. We went to the jail and he was handcuffed to the bench and given his phone to call someone to come get the vehicle. I explained to Mr. Parker that I would go get the paperwork and I would return so he could be fingerprinted. I went to the front to get the

paperwork and looked it over and Mr. Parker had 2 mandatory jail days. While at the front desk another person was brought in by the county and he had a warrant as well and I looked at his warrant and asked him if he had the money to pay and he said no and he was taken to the back by OFC. Haddox while I finished the paperwork. I finished the paperwork and went to the back. Mr. Parker was on his cellphone talking to his mother telling her that he would see the judge Monday and he was ok with that. I advised Mr. Haddox that he had 2 jail days but he would see the judge Monday. I asked him how long would it take for his mother to get to the station to get the keys and he said can she can get them tomorrow. OFC. Haddox got the keys and I advised her to label them and let LT. Luebbers know that someone was coming to get the keys. I filled out the information sheet so that Mr. Parker's fingerprints could be taken. OFC. Haddox came back and I asked her did she know how to fingerprint and she said she's watched CPL. Anderson do it but she has never done it. I advised her to get Mr. Parker's fingerprints and she did just that. Mr. Parker was acting normal and he was even trying to help OFC. Haddox with the fingerprint process. He was in a good mood did not seem impaired or anything and after his fingerprints were taken OFC. Haddox handcuff him with his hands behind his back took him, to the patrol car, and stayed in the patrol car with him. I fingerprinted the other guy that was in the back and had to go to Kemper. I placed handcuffs on him behind his back and took him to the patrol car. While trying to place the other person in the patrol car I opened the wrong door because I did not what side Mr. Parker was on. Mr. Parker started laughing and said I'm on this side and I closed the door and took the other guy to the other side and he got in. We then headed to a Kemper County and Mr. Parker continued to ask questions about how, the process works and who the judge was. Myself and OFC. Haddox explained to Mr. Parker what was going to probably happen and he said ok. Once at Kemper I opened the door to the side Mr. Parker was on and his hat had fallen off and hit the ground. He asked if could pick it up and I did and we walked inside Kemper County along with the detention officers. Mr. Parker was ok and there was nothing alerting about his behavior and myself and OFC. Haddox released Mr. Parker and the other guy to the custody of Kemper County Detention officers. My car camera does not work, my body camera works when it wants to and it was on at the time of stop. I checked it before myself and OFC. Haddox got out of the patrol car. When downloading the camera at times everything does not download and the loading dock has to be turned a certain way and cords have to be moved around. The supervisor was notified of the issues way before this traffic stop took place and they are working on fixing the camera issues. The camera footage from the time we arrived at the station, went to the jail and until the time we left will show that Mr. Parker was indeed in good spirits and did not act like anything was wrong at all. Mr. Parker was looking forward to seeing the judge so he could get the situation taken care of and he even had a conversation with his mother. He was laughing talking normal, walking normal, and did not seem impaired or sick at all. He was released from our custody to the custody of Kemper County Detention Center and he was in good spirits, and did not give off any alarming behavior at all. There is nothing else further to report that this time……………………………

SPO. Watts 9103