KSO 2301028

## eridian Police Department

Incident Case Number:  20-037380

Reporting Agency:  Meridian Police Department

Print Date/Time:  02/03/2023 11:55:48

**Disclaimer: The information contained within this report is reflective of the investigation at the date and time of its printing.**

EXHIBIT "B" - PARKER ARREST FILE

## INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| Agency Name | | Case# 20-037380 |
| *Meridian Police Department* | | Date / Time Reported *12/19/2020 02:13   Sat* |
| ORI *MS0380100* | | Last Known Secure *12/19/2020 02:13   Sat* |
| Location of Incident *1099 B ST/11TH AVE S, Meridian MS 39301* | Gang Relat NO   Premise Type   Zone/Beat | At Found *12/19/2020 02:13   Sat* |

**I N C I D E N T   D A T A**

| | Crime Incident(s) | | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Dui -(other Substance) 1st Offense 63-11-30(1)(B)* | (Com ) | | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

MO

**V I C T I M**

# of Victims *1*   Type: SOCIETY/PUBLIC    Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *State Of Mississippi* | *1,2,3,* | Age | | | | | |

| Home Address | Email | | Home Phone |
|---|---|---|---|
| Employer Name/Address | | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**O T H E R S   I N V O L V E D**

CODES:   V- Victim (Denote V2, V3)    WI = Witness    IO = Involved Other    RP = Reporting Person (if other than victim)

Type:                                              Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | Email | | Home Phone |
|---|---|---|---|
| Employer Name/Address | | Business Phone | Mobile Phone |

Type:                                              Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | Email | | Home Phone |
|---|---|---|---|
| Employer Name/Address | | Business Phone | Mobile Phone |

**P R O P E R T Y**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# | *GOULD, KAYLA M    (009087)* | | |
|---|---|---|---|
| Invest ID# | *GOULD, KAYLA M    (009087)* | Supervisor | *JENKINS, BILLY W    (003580)* |

| Status | Complainant Signature | Case Status *Active*    *12/19/2020* | Case Disposition: | Page 2 |
|---|---|---|---|---|

EXHIBIT "B" - PARKER ARREST FILE

## CIDENT/INVESTIGATION REPORT

*Meridian Police Department*

Case # *20-037380*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*JENKINS, B.W. (003580),   TAYLOR, J.D. (003678),   NEWELL, F.S. (009094),   CARTER, M. (009083)*

Suspect Hate / Bias Motivated:

N A R R A T I V E

EXHIBIT "B" - PARKER ARREST FILE

## REPORTING OFFICER NARRATIVE

| Meridian Police Department | | OCA |
|---|---|---|
| | | 20-037380 |
| Victim | Offense | Date / Time Reported |
| Society | DUI -(OTHER SUBSTANCE) 1ST OFFENSE | Sat 12/19/2020 02:13 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Case#: 20-037380
Suspect: Austin Parker
Victim: State Of MS
Location: B ST/ 11TH AVE
Date: 12/19/2020
Time: 02:13

On 12/19/2020 I, Officer K. Gould, was dispatched to B ST/ 11TH AVE for a vehicle that hit a parked vehicle. When I arrived I noticed Austin Parker was slumped over the drivers seat. I went to the vehicle and asked him to step out. I noticed he was swaying severely and had trouble keeping his balance. I advised him his rights and asked if he would like to do field sobriety due to the circumstances. He agreed.
I began field sobriety.

During the Horizontal Gaze and Nystagmus I noticed his eyes were not reacting to my light. His eyes were Dilated and bloodshot.

Walk and turn instruction phase he lost his balance.
During the walking phase he stepped off the line during every step, missed heel to toe, used his arms the entire time to balance himself, he took 13 steps down the line and 14 back.

One Leg Stand swayed while balancing, used his arms to balance and began hopping.

Rhomberg Balance, had eye lid tremors and body was swaying

Lack Of Convergence, left eye went in, right eye did not cross

After field sobriety I asked him why he had blood all over him. He advised he did not know.
I told him to walk over to my patrol car and that he was under arrest for driving while impaired. He yelled "your not fucking arresting me for no damn dui". I told him to turn around. He argued more that "im not getting arrested". Officer Newell tried to explain to him that he was under arrest and to please turn around. He said "YOUR NOT ARRESTING ME FOR NO FUCKING DUI". Officer Newell then grabbed his arm and shirt to turn him around so I could cuff him. Austin then resisted us and fought back. We all then fell to the ground where I was yelling at him to stop. Once on the ground multiple times we tried to roll him onto his stomach so I could cuff him. He refused and continued to resist us. After a little while we were able to cuff him.

I had metro come on scene and check Austin for his prior injuries and anything that could of occurred during the arrest. Metro said he was fine and asked what he was on but he refused to tell metro anything.

He was then brought to Meridian Police Department and his vehicle was towed by Dee`s

EXHIBIT "B" - PARKER ARREST FILE

## Incident Report Suspect List

*Meridian Police Department*

OCA: *20-037380*

| 1 | Name (Last, First, Middle) *PARKER, AUSTIN PRESCOTT* | Also Known As | Home Address *206 BINGHAM ST. NEWTON, MS 39345* |
|---|---|---|---|
| | Business Address | | |

| DOB *02/17/1996* | Age *24* | Race *W* | Sex *M* | Eth *N* | Hgt *60* | Wgt *145* | Hair *BRO* | Eye *GRN* | Skin | Driver's License / State *802650081 MS* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | Dir of Travel | | |
| | | | | | | | | Mode of Travel | | |
| Veh Yr / Make / Model | | Drs | Style | | Color | | Lic Plate / State | | VIN | |

Notes

Physical Char

*HAIR LENGTH, SHORT (UP TO 1/2")*

EXHIBIT "B" - PARKER ARREST FILE

## eridian Police Department

KSO 2301028

Incident Case Number:  19-041105

Reporting Agency:  Meridian Police Department

Print Date/Time:  02/03/2023 11:56:03

**Disclaimer: The information contained within this report is reflective of the investigation at the date and time of its printing.**

EXHIBIT "B" - PARKER ARREST FILE

**INCIDENT/INVESTIGATION REPORT**

| | | |
|---|---|---|
| Agency Name | | Case# *19-041105* |
| *Meridian Police Department* | | Date / Time Reported *11/17/2019 23:42  Sun* |
| ORI *MS0380100* | | Last Known Secure *11/17/2019 21:43  Sun* |

**INCIDENT DATA**

Location of Incident: *2535 HILLS ST N, Meridian*  |  Gang Relat  |  Premise Type *Other/unknown*  |  Zone/Beat *B1*

At Found *11/17/2019 23:42  Sun*

| | Crime Incident(s) | Weapon / Tools | Activity |
|---|---|---|---|
| #1 | *Possession Of Marijuana (1-30 Grams) - 1st Offense - 41-29-139(C)(2)(A)* (Com ) | Unknown | *P, N, N* |
| | Entry | Exit | Security |
| #2 | Crime Incident ( ) | Weapon / Tools | Activity |
| | Entry | Exit | Security |
| #3 | Crime Incident ( ) | Weapon / Tools | Activity |
| | Entry | Exit | Security |

**MO**

**VICTIM**

# of Victims *1*   Type: INDIVIDUAL   Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *CITY OF MERIDIAN* | *1,* | Age | | | | | |

Home Address: *, Meridian, MS 39301-*   |   Email   |   Home Phone

Employer Name/Address   |   Business Phone   |   Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

Type: INDIVIDUAL   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | *PARKER, AUSTIN PRESCOTT* | | *02/17/1996* Age *23* | *W* | *M* | | *Resident* | |

Home Address: *206 BINGHAM ST.  NEWTON, MS 39345*   |   Email   |   Home Phone

Employer Name/Address   |   Business Phone   |   Mobile Phone

Type: INDIVIDUAL   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | *HARRISON, JAMES G* | | *05/21/1996* Age *23* | *W* | *M* | | *Resident* | |

Home Address: *24601 HWY 80  CHUNKY, MS 39323*   |   Email   |   Home Phone *601-479-1702*

Employer Name/Address *(DUSTY`S LAWN CA)*   |   Business Phone   |   Mobile Phone *601-527-6144*

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 2 | 8 | $0.00 | | 1 | *2006 GRY /GRY  MAF7551  MS* | *TOYT Camry* | *JTDBE32K663043310* |

**Status**

Officer/ID#  *MCCORD, RACHEL    (009096)*

Invest ID# *(0)*   |   Supervisor *(0)*

Complainant Signature   |   Case Status *Inactive    11/18/2019*   |   Case Disposition:   |   Page 2

R_CS1IBR       Printed By: LIDDELL,       Sys#: 1554161       02/03/2023 11:56

EXHIBIT "B" - PARKER ARREST FILE

# CIDENT/INVESTIGATION REPOR

*Meridian Police Department*

Case # *19-041105*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

N A R R A T I V E

EXHIBIT "B" - PARKER ARREST FILE

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Meridian Police Department | | 19-041105 |
| Victim | Offense | Date / Time Reported |
| *CITY OF MERIDIAN* | *POSSESSION OF MARIJUANA (1-30 GRAMS) -* | *Sun 11/17/2019 23:42* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

LEGACY IR#: 1-19-041105
Legacy Incident Status: Forward to Other Agency
Supervisor:      (0)
Legacy Department Class: TRAFFIC STOP
Legacy Beat:      7/8
==========================
LEGACY OFFENSE INFORMATION
----------
Offense # :      1
Charge (State) : 051 - Other Criminal Offense
Statute/Ordinance :      41-29-139(C)(2)(A)
Evidence Collected:      YES
Computer Theft:    NO
Premises Enter: 1
Criminal Act 1: 007 - Possess
People Arrested:      1

EXHIBIT "B" - PARKER ARREST FILE

## Incident Report Related Vehicle List

*Meridian Police Department*

OCA: *19-041105*

| 1 | VehYr/Make/Model *2006 TOYT, Camry* | Style *SD* | Color *GRY/GRY* | Lic/Lis *MAF7551 MS* | VIN *JTDBE32K663043310* | |
|---|---|---|---|---|---|---|
| | IBR Status | Date *11/17/2019* | Location | | | |
| | Condition | Value *$0.00* | Offense Code *35A* | Jurisdiction *Locally* | State # | NIC # |
| | Name (Last, First, Middle) *No name* | | Also Known As | Home Address | | |
| | Business Address | | | | | |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

*Disposition - 002 - TOWED BY P.D.*

EXHIBIT "B" - PARKER ARREST FILE

# ~ASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 02/03/2023  11:56

*Meridian Police Department*                                          OCA: **19041105**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *INACTIVE*          Case Mng Status: *NA*          Occurred: *11/17/2019*

Offense: *POSSESSION OF MARIJUANA (1-30 GRAMS) - 1ST OFFENSE*

Investigator: *MCCORD, RACHEL       (009096)*          Date / Time: *11/17/2019 00:00:00, Sunday*

Supervisor: *(0)*          Supervisor Review Date / Time: *NOT REVIEWED*

Contact:          Reference: *Cad*

*************************** CAD Information ***************************

CRIMES SOURCE ID: 1-19-041105
SEQUENCE #: 1
SUPPLEMENT TYPE: CAD Information
STATUS CODE:   O
Add Employee: NONE  11/17/19
Reported By:   MCCORD, RACHEL   11/17/19
Reviewed By:  NONE  00/00/00

Call#: 193210199      Beat: DISTRICT 1
Units.: B02     Employees: 0000003973 BOYD, SR, KEVIN
Units.: B11     Employees: 0000009096 MCCORD, RACHEL
Units.: B21     Employees: 0000003765 LEACH, JAI
                0000009093 WIEBE, JOHN
Units.: D06     Employees: 0000003796 SANDERS, JAVON
Units.: D10     Employees: 0000009081 ALLEN, MICHAEL
Veh: 06 TOYT XLL OTH/OTH  MAF7551 MS  JTDBE32K663043310
 Towed GRACE TOWING AND RECOVERY  19/11/17  22:16:31
*** CAD Call Narrative ***
TS
NCIC HIT FOR SUBJ
NIC#W838276812
B02 WAS ADVISED WHAT THE NCIC HIT STATES FROM TEXAS
LOCATE WAS SENT
51 23

_____                    _____
Investigator Signature                       Supervisor Signature

*r_supp3*                                                          Page 6

EXHIBIT "B" - PARKER ARREST FILE

## ˉASE SUPPLEMENTAL REPORT

Printed: 02/03/2023 11:56

*NOT SUPERVISOR APPROVED*

*Meridian Police Department*

OCA: **19041105**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *INACTIVE*      **Case Mng Status:** *NA*      **Occurred:** *11/17/2019*

**Offense:** *POSSESSION OF MARIJUANA (1-30 GRAMS) - 1ST OFFENSE*

**Investigator:** *MCCORD, RACHEL      (009096)*      **Date / Time:** *11/18/2019 00:00:00, Monday*

**Supervisor:** *(0)*      **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**      **Reference:** *Orig*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ORIGINAL REPORT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CRIMES SOURCE ID: 1-19-041105
SEQUENCE #: 2
SUPPLEMENT TYPE: ORIGINAL REPORT
STATUS CODE:   O
Add Employee: MCCORD, RACHEL   11/18/19
Reported By:   MCCORD, RACHEL   11/18/19
Reviewed By:  NONE  00/00/00

Case Number:  1-19-04115
.
.

Victim: State of Mississippi
.
.

Suspect: Austin Harris
.
.

Assisting Officer: Officer Wiebe
.
.

Assisting Officer: Officer Joiner
.
.

Location: North Hills St. and Smoothie King
.
.

Incident: Possession
.
.

Date: November 17, 2019
.
.
.

---

Investigator Signature                    Supervisor Signature

Page 7

EXHIBIT "B" - PARKER ARREST FILE

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 02/03/2023  11:56

*Meridian Police Department*

OCA: **19041105**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *INACTIVE*          Case Mng Status: *NA*          Occurred: *11/17/2019*

Offense: *POSSESSION OF MARIJUANA (1-30 GRAMS) - 1ST OFFENSE*

Investigator: *MCCORD, RACHEL       (009096)*          Date / Time: *11/18/2019 00:00:00, Monday*

Supervisor: *(0)*          Supervisor Review Date / Time: *NOT REVIEWED*

Contact:          Reference: *Orig*

On November 17, 2019 I, Officer Rachel McCord was traveling on North Hills Street when I pulled made a turn in front of a gray Toyota Camry with one headlight. I immediately turned around to make a traffic stop with this vehicle.

Upon making my stop I came into contact with Mr. Austin Parker. I asked Mr. Parker for his license and proof of insurance. Mr. Parker advised he did not have any license and did not know if his family member had insurance on the vehicle.

I then asked Mr. Parker for his name and date of birth, which he gave. I ran the information through dispatch and it came back that Mr. Parker had an NCIC and a warrant through Texas, who was wanting to fully extradite. Upon receiving the information I then asked Mr. Parker to turn off his vehicle, place keys on top of car, and step out of the vehicle.

As Mr. Parker was getting out of the vehicle there was a faint smell of marijuana coming from inside the vehicle. I then began a pat down on Mr. Parker. After the pat down, Mr. Parker was detained and placed inside my patrol car. Shortly afterwards Officer Leech, Officer Wiebe, Sgt. Boyd, and Officer Joiner, arrived on scene.

A vehicle search was conducted when a paraphernalia pipe was located in the driver side door along with a bag of green leafy substance located in the ashtray. Items were confiscated for evidence and Mr. Parker was taken to booking.

End of Report

_____          _____
Investigator Signature                              Supervisor Signature

Page 8

# CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 02/03/2023  11:56

*Meridian Police Department*

OCA: **19041105**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *INACTIVE*          **Case Mng Status:** *NA*

**Occurred:** *11/17/2019*

**Offense:** *POSSESSION OF MARIJUANA (1-30 GRAMS) - 1ST OFFENSE*

**Investigator:** *MCCORD, RACHEL*      *(009096)*      **Date / Time:** *11/18/2019 00:00:00, Monday*

**Supervisor:** *(0)*          **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**                    **Reference:** *Orig*

---

Audio and Video Recorded

Meridian Police Department
Patrol Division

Officer Rachel McCord 9096 _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* AUSTIN PARKER PROCESS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CRIMES SOURCE ID: 1-19-041105
SEQUENCE #: 3
SUPPLEMENT TYPE: AUSTIN PARKER PROCESS
STATUS CODE:   O
Add Employee: WILLIS, DEUNDRA ANTWAN    11/18/19
Reported By:   WILLIS, DEUNDRA ANTWAN    11/18/19
Reviewed By:  NONE  00/00/00

Case Number: 1-19-04115
Victim: State of Mississippi
Suspect: Austin Parker
Location: North Hills St. and Smoothie King
Incident: Fugitive From Justice
Date: November 18, 2019

On the above date, I Detective Willis contacted Taylor County Texas in
reference to a Fugitive Warrant on Austin Parker. I spoke with a
Warrant Officer in that Department who advised me once she receives a
copy of Mr. Parkers Waiver of Extradition she would make arrangements

---

Investigator Signature                    Supervisor Signature

Page 9

EXHIBIT "B" - PARKER ARREST FILE

## ̂ASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 02/03/2023  11:56

*Meridian Police Department*

OCA: **19041105**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *INACTIVE*       **Case Mng Status:** *NA*       **Occurred:** *11/17/2019*

**Offense:** *POSSESSION OF MARIJUANA (1-30 GRAMS) - 1ST OFFENSE*

**Investigator:** *WILLIS, DEUNDRA A     (003591)*       **Date / Time:** *11/18/2019 00:00:00, Monday*

**Supervisor:** *(0)*       **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**       **Reference:** *Supp*

---

to come pick him up. The Warrant Officer also faxed me copy of Mr.
Parkers warrant, which he was wanted for the crime Possession of
Methamphetamine. I drafted up warrant and affidavit on Mr. Parker for
Fugitive from Justice. Judge Robert Jones singed the warrant on Mr.
Parker and giving him no bond for the Stated of Texas. I served the
warrant on Mr. Parker, also advised him of his Waiver of Extradition.
Mr. Parker signed his waiver of extradition agree to go back to Texas.
I began to process Mr. Parker accordingly to Meridian Police
Department Criminal Investigation Policy and Procedures. Mr. Parker
was transported to the Lauderdale County Detention Facility and placed
on hold for the State of Texas. A copy of Mr. Parker's waiver of
extradition was also faxed to Taylor County Warrant Division.
.
.
.
.

_____DATE_____
DET. WILLIS

Investigator Signature                    Supervisor Signature

EXHIBIT "B" - PARKER ARREST FILE

## CASE SUPPLEMENTAL REPORT
*NOT SUPERVISOR APPROVED*

Printed: 02/03/2023  11:56

Meridian Police Department

OCA: **19041105**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *INACTIVE*       Case Mng Status: *NA*       Occurred: *11/17/2019*

Offense: *POSSESSION OF MARIJUANA (1-30 GRAMS) - 1ST OFFENSE*

Investigator: *WILLIS, DEUNDRA A    (003591)*        Date / Time: *12/09/2019 00:00:00, Monday*

Supervisor: *(0)*        Supervisor Review Date / Time: *NOT REVIEWED*

Contact:        Reference: *Supp*

*************************** REQUEST TO FILE ***************************

CRIMES SOURCE ID: 1-19-041105
SEQUENCE #: 4
SUPPLEMENT TYPE: REQUEST TO FILE
STATUS CODE:   O
Add Employee: WILLIS, DEUNDRA ANTWAN    12/09/19
Reported By:    WILLIS, DEUNDRA ANTWAN    12/09/19
Reviewed By:   NONE  00/00/00

Case Number:  1-19-04115
Victim: State of Mississippi
Suspect: Austin Parker
Location: North Hills St. and Smoothie King
Incident: Fugitive From Justice
Date: 12-06-2019
.
.

.

On the above date, I Detective Willis was advised by Lauderdale County
that Mr. Austin Parker was picked up by the State Of Texas. Mr. Parker
was on hold Taylor County Texas on Poss. of Methamphetamine charges.
Mr. Parker was placed on hold by the City of Meridian as a Fugitive
for the State of Texas. I Detective Willis is requesting this case be
close due to the fact Mr. Parker has been transported back to the
State of Texas.
.
.
.

_____DATE_____
DET. WILLIS

_____        _____
Investigator Signature        Supervisor Signature

Page 11

EXHIBIT "B" - PARKER ARREST FILE

KSO 2301028

User: LIDDELL,

# MERIDIAN POLICE DEPARTMENT
02/03/2023  11:44

**Involvement: PARKER, AUSTIN PRESCOTT**

Sysid: 173056    Race: W    Sex: M    DOB: 02/17/1996

| | Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|---|
| 1) | AR | | ARRESTEE | CONTEMPT OF COURT FOR FAILURE TO | 01/22/2023 | MPD | | *AR157591* |

1) CONTEMPT OF COURT FOR FAILURE OF DEFENDANT TO PAY FINE OR MA, M (23000598, 03/21/2021, WATTS, V. L.)

| | Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|---|
| 2) | AR | | ARRESTEE | POSS. CONTROLLED SUBSTANCE | 12/19/2020 | MPD | | *AR151759* |

1) POSS. CONTROLLED SUBSTANCE CLASSIFIED AS SCHEDULES DRUGS - (, M (20037380, GOULD, K. M.)
2) POSSESSION OF MARIJUANA (1-30 GRAMS) - 1ST OFFENSE, M (20037380, GOULD, K. M.)
3) DUI -(OTHER SUBSTANCE) 1ST OFFENSE, M (20037380, GOULD, K. M.)
4) RESISTING/OBSTRUCTING ARREST, M (20037380, GOULD, K. M.)

| | Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|---|
| 3) | AR | | ARRESTEE | FOREIGN WARRANT, FUGITIVE; HOLDING | 11/18/2019 | MPD | | *AR77939* |

1) FOREIGN WARRANT, FUGITIVE; HOLDING, F (19041105, WILLIS, D. A.)
2) MOTOR VEHICLE;POSSESSION OF MARIJUANA (1-30 GRAMS) WHILE OPE, F (19041105, WILLIS, D. A.)
3) CONTROLLED SUBSTANCE; POSSESSION OF PARAPHERNALIA, F (19041105, WILLIS, D. A.)

| | Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|---|
| 4) | WA | | SERVED- RETURNE | CONTROLLED SUBSTANCE VIOLATIONS | 03/01/2021 | MPD | | *WA122952* |
| 5) | LW | | OFFENDER | 20037380, DUI -(OTHER SUBSTANCE) 1ST | 12/19/2020 | MPD | 20-037380 | *LW1598485* |
| 6) | LW | | INVOLVED OTHER | 20026118, TRAFFIC STOP | 07/29/2020 | MPD | 20-026118 | *LW1586086* |
| 7) | LW | | INVOLVED OTHER | 19041105, POSSESSION OF MARIJUANA | 11/17/2019 | MPD | 19-041105 | *LW1554161* |
| 8) | PA | | PAWN TICKET | MP , GAME SYSTEM, MICROSOFT, XBOX | 08/29/2016 | MPD | | *PA336240* |
| 9) | PE | | OWNER | MARIJUANA PIPE | 11/21/2019 | MPD | | *PE18895* |
| 10) | LO | | LOCATION | 206 BINGHAM ST., NEWTON, MS | 12/19/2020 | | | *LO6499* |

sjuml1

EXHIBIT "B" - PARKER ARREST FILE

KSO 2301028

#CS150R
02/03/2023 LIDDELL

MERIDIAN MUNICIPAL COURT
DEFENDANT HISTORY

Page 1

Name: PARKER, AUSTIN PRESCOTT        Sex: M   Race: WHITE        Date of birth: 02/17/1996
SSN: 425813311                       DOB: 802650081             Warrants: N

| Case Number | Violation Description | Vio. Date | Disposition | Disp. Date | Bond | Assessed | Balance |
|---|---|---|---|---|---|---|---|
| 221000431 | POSS. OF CONTROLLED SUBSTANCE | 12/19/2020 | GUILTY IN ABSENTIA | 02/08/2021 | .00 | 1,454.00 | 1,454.00 |
| 221000430 | POSS. OF MARIJUANA 2ND OFFENSE | 12/19/2020 | GUILTY IN ABSENTIA | 02/08/2021 | .00 | 654.00 | 654.00 |
| 221000429 | RESISTING ARREST | 12/19/2020 | GUILTY IN ABSENTIA | 02/08/2021 | .00 | 629.00 | 629.00 |
| 221000428 | DUI 1ST (OTHER SUBSTANCE) | 12/19/2020 | GUILTY IN ABSENTIA | 02/08/2021 | .00 | 730.00 | 730.00 |
| 221000427 | VEHICLE LIAB. INS 2ND OFFENSE | 12/19/2020 | GUILTY IN ABSENTIA | 02/08/2021 | .00 | 545.00 | 545.00 |
| 221000426 | IMPROPER/EXPIRED/NO D.L. | 12/19/2020 | GUILTY IN ABSENTIA | 02/08/2021 | .00 | 545.00 | 545.00 |
| 219010327 | POSS. OF PARAPHERNALIA | 11/17/2019 | GUILTY IN ABSENTIA | 02/08/2021 | .00 | 297.00 | 297.00 |
| 9010326 | POSS. OF MARIJUANA | 11/17/2019 | GUILTY IN ABSENTIA | 06/22/2020 | .00 | 424.00 | 424.00 |
| 9010325 | SUSP./REV. DRIVERS LICENSE | 11/17/2019 | GUILTY IN ABSENTIA | 06/22/2020 | .00 | 404.00 | 404.00 |
| 219010324 | VEHICLE LIAB. INS 1ST OFF | 11/17/2019 | GUILTY IN ABSENTIA | 06/22/2020 | .00 | 307.00 | 307.00 |
| 219010323 | IMPROPER/DEF. EQUIPMENT | 11/17/2019 | GUILTY IN ABSENTIA | 06/22/2020 | .00 | 445.00 | 445.00 |
| 218004117 | VEHICLE LIAB. INSURANCE | 04/03/2018 | GUILTY IN ABSENTIA | 06/22/2020 | .00 | 122.00 | 122.00 |
| 218004116 | DRIVING W/O HEADLIGHTS | 04/03/2018 | GUILTY | 05/17/2018 | .00 | 645.00 | 645.00 |
| 216006712 | VEHICLE LIAB. INSURANCE | 07/23/2016 | GUILTY | 09/26/2016 | .00 | 207.00 | 207.00 |
| | | | | Totals: | | 7,508.00 | 7,508.00 |

Pending payments:         .00
Pending bonds:            .00

KSO 2301028

*Jenkins*

Records Export Ordered By Start Time Asc
Report Generation Time: 2023-01-26 09:51:10
Report Range: 2023-01-22 00:41:49 -06:00 To 2023-01-22 02:39:44
Duration: 00

| SOURCE NAME | CHANNEL NAME | START TIME | DURATION | CALLER ID | DTMF |
|---|---|---|---|---|---|
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:41:49 -06:00 | 00:12 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:42:10 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:42:24 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:42:27 -06:00 | 00:12 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:43:55 -06:00 | 00:11 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:44:12 -06:00 | 00:04 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:44:18 -06:00 | 00:02 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:44:40 -06:00 | 00:04 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:44:48 -06:00 | 00:02 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:44:50 -06:00 | 00:04 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:44:55 -06:00 | 00:05 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:45:18 -06:00 | 00:05 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:45:27 -06:00 | 00:05 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:46:14 -06:00 | 00:04 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:46:20 -06:00 | 00:07 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:46:32 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:46:38 -06:00 | 00:06 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:48:06 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:48:31 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:48:34 -06:00 | 00:04 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:48:55 -06:00 | 00:05 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:49:02 -06:00 | 00:02 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:49:05 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:49:11 -06:00 | 00:02 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:50:49 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:50:53 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:52:14 -06:00 | 00:13 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:54:36 -06:00 | 00:04 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 00:54:41 -06:00 | 00:03 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 01:03:28 -06:00 | 00:32 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | 484-6845 | 2023-01-22 02:01:10 -06:00 | 00:15 | | VLG-channel-12@172.16.3.21 |
| Lauderdale Co MS 10.38.2.190 | MPD 1 | 2023-01-22 02:39:30 -06:00 | 00:14 | | VLG-channel-12@172.16.3.21 |

<span style="color:red">EXHIBIT "B" - PARKER ARREST FILE</span>

KSO 2301028

# COMMUNICATIONS

## Event Report

Date/Time Received: 01/22/23 00:44:15

**Event ID: 2023-022-009**

Rpt # 23-000597

Call Source SELF

Call Ref #: 40

Prime B06
Unit: HADDOX, VERNICE M

| | LAW | Services Involved |
|---|---|---|

**Location: 22ND AVE S/B ST**

Business:                                                      Phone:                    Jur: CAD    Service: LAW    Agency: MPD

X-ST:                                                          St/Beat: B5    District:                    RA:

X-ST:                                                                                                    GP: MP06

Nature: **TRAFFIC STOP**    Alarm Lvl:    1    Priority: 3                    Medical Priority:

Reclassified Nature:

Caller: AUSTIN PRESCOTT PARKER
Addr:                                                                          Phone:                    Alarm:
                                                                                                        Alarm Type:

Vehicle #: NUB9129    St: MS    Report Only:    No    Race:                    Sex:    Age:

Call Taker: AKILLEN                    Console: CONSOLE2

Geo-Verified Addr::    Yes    Nature Summary Code:                    Disposition: 4D    Close Comments:

Notes: B06 Generated Additional Report # 23-000599 [01/22/23 01:05:46 AKILLEN]
B06 Generated Additional Report # 23-000598 [01/22/23 01:05:46 AKILLEN]
ts [01/22/2023 00:44:16 AKILLEN]

| | Times | |
|---|---|---|
| | Time From Call Received | |
| Call Received: 01/22/23 00:44:15 | 000:00:01 | Unit Reaction: |
| Call Routed: 01/22/23 00:44:16 | 000:00:01 | En-Route: *(1st Dispatch to 1st En-Route)* |
| Call Take Finished: 01/22/23 00:44:16 | 000:00:01 | On-Scene: 002:38:51 *(1st Arrive to Last Clear)* |
| 1st Dispatch: 01/22/23 00:44:16 | 000:00:01 | *(Time Held)* |
| 1st En-Route: 01/22/23 00:44:16 | 000:00:01 | |
| 1st Arrive: 01/22/23 00:44:16 | 000:00:01 | *(Reaction Time)* |
| Last Clear: 01/22/23 03:23:07 | 002:38:52 | |

Unit Reaction:
En-Route: *(1st Dispatch to 1st Arrive)*

EXHIBIT "B" - PARKER ARREST FILE

**KSO 2301028**

Event Report

Event ID: 2023-022-009    Call Ref #: 40    TRAFFIC STOP at 22ND AVE S/B ST

## Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| B06 | 009137 | DXY | DispatchXY | 01/22/23 00:44:16 | 1026524.00.1040215.45 | | AKILLEN |
| B06 | 009137 | D | Dispatched | 01/22/23 00:44:16 ts | | | AKILLEN |
| B06 | 009137 | E | En-Route | 01/22/23 00:44:16 ts | | | AKILLEN |
| B06 | 009137 | A | Arrived | 01/22/23 00:44:16 ts | | | AKILLEN |
| B06 | 009137 | IC | (B06) IN CUSTODY | 01/22/23 00:53:00 | | | AKILLEN |
| B06 | 009137 | T | Transport | 01/22/23 00:54:29 | To: MPD BOOKING | | AKILLEN |
| B06 | 009137 | A | Arrived | 01/22/23 00:56:48 | | | AKILLEN |
| B06 | 009137 | RPTO | Report Only | 01/22/23 01:05:46 | Additional Report MPD Report #23-000598 | | AKILLEN |
| '06 | 009137 | RPTO | Report Only | 01/22/23 01:05:46 | Additional Report MPD Report #23-000599 | | AKILLEN |
| .06 | 009137 | T | Transport | 01/22/23 02:03:31 | To: KEMPER COUNTY JAIL | | AKILLEN |
| B06 | 009137 | A | Arrived | 01/22/23 02:39:45 | | | CWILLIAMS |
| B06 | 009137 | T | Transport | 01/22/23 02:39:45 | | | CWILLIAMS |
| B06 | 009137 | T | Transport | 01/22/23 02:43:17 | To: POLICE STATION | | CWILLIAMS |
| B06 | 009137 | C | Cleared | 01/22/23 03:23:07 [4D] | | 4D | VMHADDOX |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|------|---------|------|-------------|------------|----------|------------|------|
| | | TR | Time Received | 01/22/23 00:44:15 | By: SELF | | AKILLEN |
| | | FIN | Finished Call Taking | 01/22/23 00:44:16 | | | AKILLEN |
| | | CHG | Changed VehicleID | 01/22/23 00:44:52 | ID: 638759| <UNK#1> --> NIB9129 | | AKILLEN |
| | | ENT | Entered VehiState | 01/22/23 00:44:52 | ID: 638759| MS | | AKILLEN |
| | | ENT | Entered LicenseType | 01/22/23 00:44:52 | ID: 638759| PC | | AKILLEN |
| | | ENT | Entered VehicleID | 01/22/23 00:45:23 | ID: 638759| NIB9129 | | AKILLEN |
| | | ENT | Entered Caller Name | 01/22/23 00:47:59 | PARKER | | AKILLEN |
| | | ENT | Entered Caller Name | 01/22/23 00:48:03 | AUSTIN PARKER | | AKILLEN |
| | | ENT | Entered Caller Name | 01/22/23 00:48:14 | AUSTIN PRESCOTT PARKER | | AKILLEN |
| | | ENT | Entered memoNrmCom | 01/22/23 00:48:38 | SUSP OPEN THRU CITY | | AKILLEN |
| | | CHG | Changed memoNrmCom | 01/22/23 00:51:03 | SUSP OPEN THRU CITY --> SUSP OPEN THRU CITY, IN HA | | AKILLEN |
| | | RSW | Reset Watchdog Timer | 01/22/23 00:57:47 | Units: B06 >>> 999Min. | | AKILLEN |
| | | RPT | Requested Report# | 01/22/23 01:05:39 | MPD Report #23-000597 | | AKILLEN |
| | | ARM | Added Remarks | 01/22/23 01:05:46 | | | AKILLEN |
| | | ARM | Added Remarks | 01/22/23 01:05:46 | | | AKILLEN |
| | | VEVT | Viewed Event | 01/22/23 02:39:46 | User First Viewed Event CAD | | AKILLEN |
| | | CHG | Changed Street | 01/22/23 02:39:52 | 276 22ND AVE S --> 510 22ND AVE S | | CWILLIAMS |
| | | CHG | Changed STREET | 01/26/23 09:45:07 | 510 22ND AVE S --> 22ND AVE S/B ST | | JROBINSON |

EXHIBIT "B" - PARKER ARREST FILE

KSO 23 01 028

Event Report

**Event ID:** 2023-022-009    **Call Ref #:** 40    **TRAFFIC STOP at 22ND AVE S/B ST**

**Related Names**

| Last, First, MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home / Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|
| Austin Prescott Parker | CALL | | | | 0 | | 02/17/96 | 26 | | |

Address:
Oln: 802650081
Notes:

Oln St: MS

Notes:
SUSP OPEN THRU CITY, IN HAND

**Related Vehicles**

| Lic Tag | State | Type | Year | Make | Make Desc | Model | Color1 | / | Color2 | Vin |
|---|---|---|---|---|---|---|---|---|---|---|
| JUB9129 | MS | PC | 2012 | FORD | FORD | ESC | WHI | / | | 1FMCUOD73CKB26933 |

EXHIBIT "B" - PARKER ARREST FILE